UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SALVADOR MONROY,

          NO. CIV. S-06-774 LKK/KJM

    Plaintiff,

  v.                           O R D E R

MERCK & COMPANY, INC.

    Defendant.
_____/

    A hearing on defendant's motion to stay was scheduled for September 25, 2006 at 10:00 a.m. Local Rule 78-230(c) for the Eastern District of California specifies that an opposition or statement of non-opposition to the granting of the motion shall be in writing and shall be served and filed not less than fourteen (14) days prior to the hearing. Plaintiff has failed to file an opposition or statement of non-opposition.

    Accordingly, the court ORDERS as follows:

    1.  Plaintiff is hereby ORDERED TO SHOW CAUSE in writing not

1

later than ten (10) days from the effective date of this order why sanctions should not issue in the above-captioned case in the amount of One Hundred Fifty Dollars ($150) as required by Local Rule 11-110 for failure to file a timely opposition in accordance with Local Rule 78-230, unless that party timely files a written Statement of No Opposition.

    2.  The hearing on the motion to stay presently before the court is CONTINUED to October 10, 2006, where it will be called on the court's regularly scheduled Law and Motion Calendar, beginning at 10:00 a.m.

    3. Plaintiff is directed to file and serve the opposition or statement of non-opposition no later than September 25, 2006.

IT IS SO ORDERED.

DATED: September 13, 2006.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2