

**FILED**
SEP 25 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

A CERTIFIED TRUE COPY
SEP 14 2006
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
AUG 29 2006
FILED
CLERK'S OFFICE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 SEP 15 AM 11:08
LORETTA G. WHYTE

DOCKET NO. 1657

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-63)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 4,267 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP 14 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
SEP 2006
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

Fee____
Process____
X Dktd____
CtRmDep____
Doc. No.____

Case 2:06-cv-00774-LKK-KJM   Document 17   Filed 09/25/06   Page 2 of 3

Page 1 of 2

## SCHEDULE CTO-63 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ALABAMA MIDDLE** | | |
| ALM 2 06-678 | William Hazel v. Merck & Co., Inc. | 06-6007 |
| **ARKANSAS WESTERN** | | |
| ARW 5 06-5149 | Owen Wallace, et al. v. Merck & Co., Inc. | 06-6008 |
| **CALIFORNIA EASTERN** | | |
| CAE 2 06-774 | Salvador Monroy v. Merck & Co., Inc. | 06-6009 |
| **CALIFORNIA NORTHERN** | | |
| ~~CAN 4 06-4794~~ | ~~Patrick E. Murphy v. Merck & Co., Inc., et al.~~ Opposed 9/13/06 | |
| **FLORIDA NORTHERN** | | |
| FLN 1 06-131 | Stanley Anderson v. Merck & Co., Inc., et al. | 06-6010 |
| **GEORGIA NORTHERN** | | |
| GAN 1 06-1750 | Millard Yancey v. Merck & Co., Inc. | 06-6011 |
| GAN 1 06-1755 | Howard E. Taylor v. Merck & Co. Inc. | 06-6012 |
| **ILLINOIS NORTHERN** | | |
| ILN 1 06-4089 | Shirley Horwitz, et al. v. Merck & Co., Inc., et al. | 06-6013 |
| **KANSAS** | | |
| KS 2 06-2332 | Sue Shipman v. Merck & Co., Inc. | 06-6014 |
| **MINNESOTA** | | |
| MN 0 06-3274 | Marilyn D. Behrendt v. Merck & Co., Inc. | 06-6015 |
| MN 0 06-3275 | Marcheta E. Van de Streek v. Merck & Co., Inc. | 06-6016 |
| MN 0 06-3285 | Virginia Ballard, et al. v. Merck & Co., Inc. | 06-6017 |
| **MISSOURI EASTERN** | | |
| ~~MOE 4 06-1185~~ | ~~Vivian Copher, et al. v. Merck & Co., Inc., et al.~~ Opposed 9/13/06 | |
| ~~MOE 4 06-1186~~ | ~~Inez Kincaid, et al. v. Merck & Co., Inc., et al.~~ Opposed 9/13/06 | |
| ~~MOE 4 06-1187~~ | ~~Richard Helton, et al. v. Merck & Co., Inc., et al.~~ Opposed 9/13/06 | |
| ~~MOE 4 06-1196~~ | ~~Minnie Smith, et al. v. Merck & Co., Inc., et al.~~ Opposed 9/13/06 | |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 3 06-420 | Ann B. Stringfellow, etc. v. Merck & Co., Inc. | 06-6018 |
| **NEBRASKA** | | |
| NE 4 06-3183 | Stanley L. Applegate, et al. v. Merck & Co., Inc. | 06-6019 |
| NE 4 06-3185 | William E. Lindsey, Sr., et al. v. Merck & Co., Inc. | 06-6020 |
| NE 4 06-3187 | Jerry R. Crofford v. Merck & Co., Inc. | 06-6021 |
| NE 4 06-3189 | Duane E. Noragon, et al. v. Merck & Co., Inc. | 06-6022 |
| **NEW JERSEY** | | |
| NJ 3 06-3685 | Brenda Carter v. Merck & Co., Inc. | 06-6023 |
| **NEW YORK EASTERN** | | |
| NYE 1 06-3811 | Jairo Salazar v. Merck & Co., Inc. | 06-6024 |

SCHEDULE CTO-63 - TAG-ALONG ACTIONS (MDL-1657)                                   Page 2 of 2

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **NEW YORK SOUTHERN** NYS 1 06-5897 | Veronica Francis, etc. v. Merck & Co., Inc. | 06-6025 |
| **NEW YORK WESTERN** NYW 6 06-6408 NYW 6 06-6409 | Rosemary A. Ruisi v. Merck & Co., Inc., et al. Doris K. Roworth v. Merck & Co., Inc., et al. | 06-6026 06-6027 |
| **OHIO NORTHERN** OHN 1 06-1927 | Barbara Thornhill, etc. v. Merck & Co., Inc. | 06-6028 |
| **OKLAHOMA EASTERN** OKE 6 06-293 | Irene Merritt v. Merck & Co., Inc. | 06-6029 |
| **OKLAHOMA NORTHERN** OKN 4 06-392 | Stephen N. Lynch, etc. v. Merck & Co., Inc. | 06-6030 |
| **OKLAHOMA WESTERN** OKW 5 06-804 | Richard Smith, et al. v. Merck & Co., Inc. | 06-6031 |
| **PENNSYLVANIA EASTERN** PAE 2 06-3307 | Marilyn Canavan, et al. v. Merck & Co., Inc., et al. | 06-6032 |
| **TEXAS EASTERN** TXE 2 06-321 TXE 2 06-322 | Alfonso Carmona, et al. v. Merck & Co., Inc., et al. Janie G. Pesina, et al. v. Merck & Co., Inc., et al. | 06-6033 06-6034 |
| **TEXAS NORTHERN** TXN 4 06-514 | Marvin Garrett, et al. v. Merck & Co., Inc. | 06-6035 |
| **TEXAS SOUTHERN** TXS 4 06-2630 | Deborah Lynn Davis, et al. v. Merck & Co., Inc. | 06-6036 |
| **TEXAS WESTERN** TXW 5 06-642 | Lura Wurzbach v. Merck & Co., Inc. | 06-6037 |
| **UTAH** UT 2 06-614 | Garold Young, etc. v. Merck & Co., Inc. | 06-6038 |